IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LATASHA BLACKWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CONCORD, )<br>)<br>Defendant. ) | 1:11CV328 |

## O R D E R

On November 1, 2011, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docket Entries 23 & 24.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation (Docket Entry 223) is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss filed by the City of Concord Parks and Recreation Department (Docket Entry 11) is **DENIED AS MOOT**.

This the 7th day of March, 2012

                                                                     /s/ N. Carlton Tilley, Jr.
                                                            Senior United States District Judge